UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: ) CASE NO. 05-03839-ABB
)
Hortensia Rodriguez )
) APPLICATION FOR PAYMENT
Debtor ) OF UNCLAIMED MONIES
) TO CLAIMANT

There having been a dividend check in the above named case issued to Hortensia Rodriguez, creditor, in the amount of $4,632.68, and said check having not been cashed by said payee, the trustee pursuant to 28 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

**NOW COMES** The Financial Resources Group, Inc., claimant, in the above matter and says that claimant is not the creditor, but is entitled to payment of these moneys because they are the Attorney-in-fact for Hortensia Rodriguez, and supplies documentation to support their relationship.

**THEREFORE,** Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to Hortensia Rodriguez c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345

5\8\08
Date

Larry L. Moses - General Manager
The Financial Resources Group, Inc.
Attorney-in-fact for Hortensia Rodriguez
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345
(505) 257-1607

SUBSCRIBED and sworn before me this 8th day of May, 20 08

Notary Public
My commission expires:

*(seal)*

UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE: )
) CASE NO. 05-03839-ABB
Hortensia Rodriguez )
) CHAPTER: 13

AFFIDAVIT OF THE FINANCIAL RESOURCES GROUP INC.

I, Larry L. Moses, hereby state that:

    1. I am General Manager of The Financial Resources Group, Inc. which was appointed "Attorney-in-fact" for Hortensia Rodriguez.

    2. I have made all reasonable efforts to believe that Hortensia Rodriguez is legally entitled to these unclaimed funds being applied for herewith.

    3. I am familiar with the State of Florida requirements associated with personal representation of individuals and corporations through acting in the capacity of "Attorney-in-fact".

By: _____
Larry L. Moses, General Manager
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, NM 88345
(505) 257-1607

Subscribed and sworn to before me this 8th day of May 20 08.

Notary Public
My commission expires on _____

(Seal)

# LIMITED POWER OF ATTORNEY

*KNOW ALL MEN BY THESE PRESENTS, That*

Hortensia Rodriguez

*has made, constituted and appointed and by these presents does make, constitute and appoint:*

The Financial Resources Group, Inc.

*my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit*, **ONLY** to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$4,632.68

*giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural.* **This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.**

Signature: Hortensia Rodriguez

Date: 4-28-08

SSN: XXX-XX-1443

---

## NOTARY ACKNOWLEDGEMENT

*State of* FLORIDA

*County of* SEMINOLE

SUBSCRIBED AND SWORN on the 28th day of April, 2008 *before me, personally appeared* _____ *personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.*

**Identification for the above named was Driver License No. (or specify other identification):** R362-320-54-708-0

*WITNESS my hand and official seal,*
Signature: [signature]
Residing at: 204 Laurel Circle, Sanford 32771
*My commission expires:* _____

NOTARY PUBLIC-STATE OF FLORIDA
Linda S. Watkins
Commission # DD663257
Expires: MAY 15, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

**ACXIOM**

PEOPLE | 411 | FETCH | REPORTS | CRIMINAL

(0)  HOME | ADMIN | SUPPORT
User **frg** is log

SSN: 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    Search   Clear

Searched: **SSN: 37**
Printable V

## People Search Results (1)

| Personal Information | Confidence | Address History | Phone | Date Reported | T |
|---|---|---|---|---|---|
| HORTENSIA RODRIGUEZ ESPINOZA **Aliases:** ESPINOZA HORTENSIA, HORCENSI RODRIGUEZ, HORTENCIA E RODRIGUEZ, HORTENCIA E RODRIQUEZ, HORTENCIA R ESPINOZA, HORTENCIA ESPINOSA, HORTENCIA ESPINOZA, HORTENCIA ESPINZA, HORTENCIO RODRIGUEZ, HORTENHIA RODRIQUEZ, HORTENSIA E ESPINOSA, HORTENSIA E RODRIGUEZ, HORTENSIA E RODRIQUEZ, HORTENSIA R ESPINOSA, HORTENSIA R ESPINOZA, HORTENSIA R RODRIGUEZ, HORTENSIA ESPINOZA, HORTENSIA RODRIGUEZ, HORTENSIA RODRIQUEZ, HORTENZIA R ESPINOZA, HORTESCIA ESPANOZO, HORTONSIA E RODRIGUEZ, HORTONSIA RODRIGUEZ, HROTENSIA E RODRIGUEZ, HROTENSIA RODRIGUEZ, MORTENCIA R ESPINOZA, MORTENCIA ESPINOZA, ORTENCIA ESPINOSA **Birth Date:** 06/08/1954 **Gender:** F **SSN:** 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 CSCORE RELATIVES | | PO BOX 654 BAILEY, NC 27807 | | 01/2007 | |
| | | 2431 NARCISSUS AVE SANFORD, FL 32771 Single Family Dwelling | | 11/2006 | |
| | | 2430 NARCISSUS AVE SANFORD, FL 32771 Single Family Dwelling | | 10/2006 | |
| | | 4879 HIGHWAY 17 S GREEN COVE SPRINGS, FL 32043 Single Family Dwelling | | 05/2005 | |
| | | 2921 S ORLANDO DR SANFORD, FL 32773 Multi-Family Dwelling | | 10/2003 | |
| | | 2031 S MAPLE AVE SANFORD, FL 32771 Single Family Dwelling | | 03/2001 | |
| | | 2486 S PALMETTO AVE SANFORD, FL 32771 Single Family Dwelling | 407-549-3761 Address Only Phone | 09/1997 | |
| | | 1086 RUTH AVE YPSILANTI, MI 48198 Single Family Dwelling | 734-487-1626 Address Only Phone | Not Available | |
| | | 2921 S ORLANDO DR STE 140 SANFORD, FL 32773 Single Family Dwelling | | Not Available | |
| | | 1636 WARFIELD AVE GREEN COVE SPRINGS, FL 32043 Single Family Dwelling | 904-284-5732 Address Only Phone 904-284-6123 Address Only Phone | Not Available | |

PEOPLE | 411 | FETCH | REPORTS | CRIMINAL
Acxiom InsightCollect 3X Version 3.0.2.9 © 2006 | Terms of Use | Privacy Policy | Customer Feedback



| | | | |
|---|---|---|---|
| as | | | |
| able Purchases | | | |
| vices | | | |
| nsient Rentals | | | |
| xd & Beverage Vending | | | |
| ent Rental Rate: .0600 | Surtax Rate: .0100 | Collection Period | 5. Total Amount of Tax Collected |
| | | | 6. Less Lawful Deductions (Line 20) |
| L0 STATE ST | | SEP 2000 | 7. Total Tax Due |
| JFORD FL 32773-5410 | | | 8. Less Est. Tax Paid/ DOR Memo |
| Certificate Number | SIC | FEIN/SSN | 9. Plus Est. Tax Due Current Month |
| 9-11-060388-01-4 | 5411 | 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 | 10. Amount Due |
| RIQUEZ PRODUCTOS LATINOS | | | 11. Less Collection Allowance |
| RIQUEZ, HORTENSIA | | | 12. Plus Penalty |
| 1 NARCISSUS AVE | | | 13. Plus Interest |
| FORD FL 32771-9509 | | | 14. Amount Due with Return |

OCT 20 2000

0001 119900 310301 690603884



# CERTIFICATE OF SERVICE

Application for Unclaimed Funds was served on the U.S. Attorney in compliance with 28 U.S.C. Section 2042 at the following address:

        U.S. ATTORNEY
        Attn: Civil Procedures Clerk
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602

5\8\08
Date

Larry L. Moses - General Manager
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, NM 88345
(505) 257-1607